UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BROWN,<br><br>                      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                      Defendant. | CASE NO. **2:22-cv-00568-MJP**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis, Dkt. 1, is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff.

DATED this 2nd day of May, 2022.

                                                                               BRIAN A. TSUCHIDA
                                                                               United States Magistrate Judge